IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01828-CMA-MEH

HOME DESIGN SERVICES, INC.,

	Plaintiff,

v.

MCCLELLAND HOMES, INC.,
JEFFREY M. MCCLELLAND, and
NORM MCCLELLAND,

	Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2010.**

	The Stipulated Motion to Amend/Modify Scheduling Order and to Extend Expert Deadlines [filed February 9, 2010; docket #25] is **granted**.  For good cause shown, the Scheduling Order shall be amended as follows:

Designation of expert witnesses:	March 8, 2010
Designation of rebuttal experts:	April 5, 2010

All other deadlines and conference dates shall remain the same.