IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01828-CMA-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

MCCLELLAND HOMES, INC.,
JEFFREY M. MCCLELLAND, and
NORM MCCLELLAND,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2010.**

    The Stipulated Motion to Amend/Modify Scheduling Order [filed March 4, 2010; docket #28] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Designation of expert witnesses: | April 19, 2010 |
| Designation of rebuttal experts: | May 20, 2010 |
| Discovery cutoff: | June 14, 2010 |
| Dispositive motion deadline: | July 14, 2010 |

The Court will grant no further requests for extension of these deadlines absent a showing of exceptional cause.

    In addition, the Final Pretrial Conference scheduled in this case for August 9, 2010 at 9:45 a.m. is hereby **vacated** and **rescheduled** to **September 15, 2010,** at **9:45 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

    Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.