IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01828-CMA-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

MCCLELLAND HOMES, INC.,
JEFFREY M. MCCLELLAND, and
NORM MCCLELLAND,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2010.**

    The third Stipulated Motion to Amend/Modify Scheduling Order [filed April 19, 2010; docket #31] is **granted in part and denied in part**.  The Court finds that the parties have not demonstrated exceptional cause for the requested 30-day extension of time.  However, the Court finds that assisting the parties in their settlement talks constitutes good cause for a brief extension of time.  Therefore, the Scheduling Order shall be amended as follows:

Designation of expert witnesses:      May 3, 2010
Designation of rebuttal experts:      May 24, 2010

All other deadlines and conference dates shall remain the same.