IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01828-CMA-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

McCLELLAND HOMES, INC.,
JEFFREY M. McCLELLAND, and
NORM McCLELLAND,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation For Dismissal With Prejudice (Doc. # 36). The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action, and all claims by Plaintiff against all Defendants, be DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

DATED: June __29__, 2010

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge